IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00466-BNB

ABDELFATAH AIT AMMI,

    Plaintiff,

v.

DISTRICT DIRECTOR JOHN LONGSHORE,
STEVEN L. PRYOR, and
TRACY JOHNSON,

    Defendants.

```
            F I L E D
   UNITED STATES DISTRICT COURT
       DENVER, COLORADO

         APR 27 2009

      GREGORY C. LANGHAM
                    CLERK
```

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    Plaintiff's "Motion to Commence Lawsuit Without Prepayment of $350 Fee" filed on April 24, 2009, is DENIED.

Dated: April 27, 2009

Copies of this Minute Order were mailed on April 27, 2009, to the following:

Abdelfatah Ait Ammi
Prisoner No. A0256012
ICE Processing Center
11901 East 30th Avenue
Aurora, CO 80010

_____
Secretary/Deputy Clerk