IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00466-BNB

ABDELFATAH AIT AMMI,

    Plaintiff,

v.

DISTRICT DIRECTOR JOHN LONGSHORE,
STEVEN L. PRYOR, and
TRACY JOHNSON,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 28 2009

GREGORY C. LANGHAM
              CLERK

## ORDER OF DISMISSAL

In an order filed on April 10, 2009, the Court denied Plaintiff leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 in this action. Plaintiff was ordered to pay the $350.00 filing fee if he wishes to pursue his claims. Plaintiff was warned that the complaint and the action would be dismissed without further notice if he failed to pay the filing fee within thirty days.

On April 24, 2009, Plaintiff filed a Motion to Commence Lawsuit Without Prepayment of $350 Fee. The Court denied that motion by minute order filed on April 27, 2009.

Plaintiff has failed within the time allowed to pay the filing fee. Therefore, the complaint and the action will be dismissed. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice because Plaintiff failed within the time allowed to pay the filing fee.

DATED at Denver, Colorado, this 27 day of May, 2009.

BY THE COURT:

*Zita Weinshienk*

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00466-BNB

Abdelfatah Ait Ammi
Prisoner No. A0256012
ICE Processing Center
11901 East 30th Avenue
Aurora, CO 80010

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 5/28/09

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk