IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00466-ZLW

ABDELFATAH AIT AMMI,

    Plaintiff,

v.

DISTRICT DIRECTOR JOHN LONGSHORE,
STEVEN L. PRYOR, and
TRACY JOHNSON,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 2 2 2009

GREGORY C. LANGHAM
CLERK

ORDER DENYING MOTION TO RECONSIDER

Plaintiff has filed *pro se* on June 8, 2009, a "Motion to Reconsider Dismissal of Civial [sic] Action 09-cv-00466-BNB and Extend the Deadline of Paying the Fee." Plaintiff asks the Court to reconsider and vacate the Court's Order of Dismissal and the Judgment filed in this action on May 28, 2009. The Court must construe the motion to reconsider liberally because Plaintiff is not represented by an attorney. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). For the reasons stated below, the motion to reconsider will be denied.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." *Van Skiver v. United States*, 952 F.2d 1241, 1243 (10th Cir. 1991). Plaintiff filed the motion to reconsider within ten days after the

Judgment was entered in this action on May 28, 2009. **See** Fed. R. Civ. P. 6(a) (time periods of less than eleven days exclude intervening Saturdays, Sundays, and legal holidays). Therefore, the Court will consider the motion to reconsider pursuant to Rule 59(e). **See id.** The three major grounds that justify reconsideration are: (1) an intervening change in controlling law; (2) the availability of new evidence; and (3) the need to correct clear error or prevent manifest injustice. **See Servants of the Paraclete v. Does**, 204 F.3d 1005, 1012 (10th Cir. 2000).

The Court dismissed the instant action without prejudice because Plaintiff failed to pay the filing fee after he was denied leave to proceed **in forma pauperis** pursuant to 28 U.S.C. § 1915. The order denying Plaintiff leave to proceed **in forma pauperis** was filed on April 10, 2009, and Plaintiff was directed to pay the filing fee within thirty days. On April 27, 2009, the Court denied Plaintiff's "Motion to Commence Lawsuit Without Prepayment of $350 Fee."

Plaintiff alleges in the motion to reconsider that he filed a motion for an extension of time to pay the filing fee on May 6, 2009, and he argues that the Court should not have dismissed this action without addressing the motion for an extension of time. Plaintiff also attaches to the motion to reconsider a copy of the motion for extension of time that he allegedly filed on May 6. Plaintiff also alleges in the motion to reconsider that he has not been able to pay the filing fee and he asks for an extension of time of up to three months to pay the filing fee.

Upon consideration of the motion to reconsider and the entire file, the Court finds that Plaintiff fails to demonstrate some reason why the Court should reconsider and

vacate the order to dismiss this action. The Court's docketing records do not indicate that Plaintiff filed a motion for an extension of time to pay the filing fee on May 6 or any other date. The copy of the motion for an extension of time attached to the motion to reconsider also does not indicate that the motion actually was filed in this action. Therefore, the motion to reconsider will be denied. Plaintiff is reminded, however, that the Court dismissed the instant action without prejudice. If Plaintiff wishes to pursue his claims, he may do so by filing a new action. Accordingly, it is

ORDERED that Plaintiff's "Motion to Reconsider Dismissal of Civial [sic] Action 09-cv-00466-BNB and Extend the Deadline of Paying the Fee" filed on June 8, 2009, is denied.

DATED at Denver, Colorado, this 22 day of June, 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00466-ZLW

Abdelfatah Ait Ammi
Reg. No. A0256012
ICE Processing Center
11901 East 30th Avenue
Aurora, CO 80010

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 6/22/09

GREGORY C. LANGHAM, CLERK

By: _____
    Deputy Clerk